UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE EMPLOYEE PAINTERS' TRUST, et al.,

Plaintiffs,

v.

ETHAN ENTERPRISES, INC., *a Washington corporation*; REBECCA S. JOHNSON, *individually*; and GREGORY S. TIFT, *individually*,

Defendants,

and

INSTITUTE OF PERSONAL WEALTH CREDIT COUNSELORS INTERNATIONAL,

Garnishee.

CASE NO. C08-0615-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On or about May 4, 2009, the Court received a document titled "Stipulation and Order of Dismissal of Defendants," which indicated that Plaintiff "stipulates that this action shall be dismiss [sic],

MINUTE ORDER – 1

1 with prejudice, as to all claims asserted herein against all Defendants." (Dkt. No. 41.) The "stipulation,"
2 however, was signed only by Defendant Gregory S. Tift as an "Interested Party." (*See id.*) Accordingly,
3 the parties are hereby directed to INFORM the Court as to the status of this case no later than May 15,
4 2009.

DATED this 8th day of May, 2009.

BRUCE RIFKIN, Clerk of Court

By  */s/ V. Perez*
    Deputy Clerk

MINUTE ORDER – 2